Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Bradley K. King (SBN 274399)
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA  90024
Tel: (310) 474-9111
Fax: (310) 474-8585

Cornelius P. Dukelow\*
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue
Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com

\**Pro Hac Vice* application to be submitted

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TANDEM DIABETES CARE, INC.,<br><br>Defendant. | Case No. 3:20-cv-00723-LAB-LL<br><br>**PLAINTIFF JOSE LOPEZ'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES OF RECORD, AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jose Lopez's claims are dismissed without prejudice in their entirety in the above-captioned action, with each party to bear its own costs, expenses, and fees.

DATED: May 22, 2020

Respectfully submitted,

*/s/ Tina Wolfson*
Tina Wolfson
Bradley K. King
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA  90024
Tel: (310) 474-9111; Fax: (310) 474-8585

Cornelius P. Dukelow\*
**ABINGTON COLE + ELLERY**
320 South Boston Avenue
Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com

\**Pro Hac Vice* application to be submitted

*Counsel for Plaintiff*